UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DONNA WILLIAMS,** | * | Civil Action No. 16-15226 |
| Plaintiff, | * | |
| | * | |
| **VERSUS** | * | Judge Carl J. Barbier |
| | * | |
| **WELLS FARGO BANK, N.A.,** | * | |
| and **ABC INSURANCE COMPANY,** | * | Mag. Judge Daniel Knowles, III |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### *EX PARTE* MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN FURTHER SUPPORT OF RULE 12(b)(6) MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes Defendant, Wells Fargo Bank, N.A. ("Wells Fargo"), and respectfully moves this Court for leave to file the attached Reply Memorandum in Further Support of its Rule 12(b)(6) Motion to Dismiss. Wells Fargo submits that the attached Reply Memorandum is necessary to briefly address the arguments contained in Plaintiff's Opposition.

WHEREFORE, Defendant, Wells Fargo Bank, N.A., prays that its *Ex Parte* Motion for Leave be granted and that the attached Reply Memorandum in Further Support of Rule 12(b)(6) Motion to Dismiss be filed into the record of the above-captioned matter.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

By: ___/s/Camalla M. Kimbrough___
    KENT A. LAMBERT (#22468)
    KATIE L. DYSART (#31449)
    CAMALLA KIMBROUGH (#33922)
    201 St. Charles Avenue, Suite 3600
    New Orleans, LA  70170
    Telephone: (504) 566-5200
    Facsimile: (504) 636-4000

    **ATTORNEYS FOR DEFENDANT,
    WELLS FARGO BANK, N.A.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

                        ___/s/Camalla M. Kimbrough___