UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DONNA WILLIAMS,** | * | Civil Action No. 16-15226 |
| Plaintiff, | * | |
| | * | |
| **VERSUS** | * | Judge Carl J. Barbier |
| | * | |
| **WELLS FARGO BANK, N.A.,** | * | |
| and **ABC INSURANCE COMPANY,** | * | Mag. Judge Daniel Knowles, III |
| Defendants. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering Wells Fargo Bank, N.A.'s *Ex Parte* Motion for Leave to File Reply Memorandum in Further Support of Rule 12(b)(6) Motion to Dismiss;

IT IS HEREBY ORDERED that the Motion for Leave is GRANTED; and that the attached Reply Memorandum in Further Support of Rule 12(b)(6) Motion to Dismiss be filed into the record of the above-captioned action.

New Orleans, Louisiana, this _____ day of March, 2017.

_____
JUDGE